**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**KIM & BAE, P.C.**
**B.J. Kim, Esq.**
*Attorneys for Plaintiffs*,
　　Myung S. Koh and
　　Tappan Golf Drive Range, Inc.

2160 N. Central Road,
Suite 303
Fort Lee, NJ 07024
T: (201) 585-2288

In Re:
　　Grace Liang
　　a/k/a Lin Lin Liang
　　a/k/a Yin-Yun Liang

| | |
|---|---|
| Case No.: | 18-33410 SLM |
| Adv. Proc. No.: | 18-33410 SLM |
| Chapter: | 13 |
| Hearing Date: | 09/25/2019 |
| Judge: | Stacey L. Meisel |

**NOTICE OF MOTION**
**FOR PAYMENT OF UNCLAIMED FUNDS**

　　Plaintiffs, Myung S. Koh and Tappan Golf Drive Range Inc., the judgement creditor to debtor, Grace Liang a/k/a Lin Lin Liang a/k/a Yin-Yun Liang ("debtor"), through their attorneys, Kim & Bae, P.C., have filed papers with the court requesting Payment of Unclaimed Funds currently held with the United States Bankruptcy Court for debtor.

---

　　**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

　　If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

　　**Hearing Date:**　　　　　　09/25/2019

　　**Hearing Time:**　　　　　　10:00 AM or soon thereafter

| | |
|---|---|
| **Hearing Location:** | 50 Walnut Street, 3rd Floor |
| | Newark, N.J. 07102 |
| **Courtroom Number:** | 5A |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee,
30 Two Bridges Road,
Suite 331,
Fairfield, NJ 07004-1550
T: 973-227-2840

KIM & BAE, P.C.
B.J. Kim, Esq.,
*Attorneys for Plaintiffs*
2160 N. Central Road,
Suite 303,
Fort Lee, NJ 07024
T: (201) 585-2288

U.S. BANK NATIONAL ASSOCIATION,
PHELAN HALLINAN DIAMOND & JONES, PC,
1617 JFK Boulevard,
Suite 1400,
Philadelphia, PA 19103-1814

Chase Bank USA, N.A., c/o Robertson,
Anschutz & Schneid, P.L.,
6409 Congress Avenue,
Suite 100,
Boca Raton, FL 33487-2853

State of New Jersey, Division of Taxation,
Special Procedures Branch,
Judgment Section - CN-245,
Trenton, NJ 08646-0245

Victoria Brown, Esq.,
342 Grand Avenue,
Englewood, NJ 07631-4355

Wells Fargo Bank, N.A.,
Wells Fargo Card Services,

PO Box 10438,
MAC F8235-02F,
Des Moines, IA 50306-0438

**If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

          Respectfully Submitted,
          **KIM & BAE, P.C.**

Date:  August 26, 2019        /s/ B.J. Kim
          B.J. Kim, Esq.