**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**KIM & BAE, P.C.**
**B.J. Kim, Esq.**
*Attorneys for Plaintiffs*,
    Myung S. Koh and
    Tappan Golf Drive Range, Inc.

2160 N. Central Road,
Suite 303
Fort Lee, NJ 07024
T: (201) 585-2288

In Re:
    Grace Liang
    a/k/a Lin Lin Liang
    a/k/a Yin-Yun Liang

Case No.:        18-33410 SLM
Adv. Proc. No.:  18-33410 SLM

Chapter:         13

Hearing Date:    09/25/2019

Judge:           Stacey L. Meisel

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law. Debtor, Grace Liang a/k/a Lin Lin Liang a/k/a Yin-Yun Liang ("Debtor"), is liable to pay $513,393.33 to the Plaintiffs, Myung S. Koh and Tappan Golf Drive Range, Inc., (collectively "Plaintiffs"), pursuant to a Judgement Order dated May 18, 2018 entered against the Debtor. As such, Plaintiffs have a claim over any funds belonging to the Debtor, which includes the unclaimed funds currently held by this Court in the amount of $1,527.66.

                                                    Respectfully Submitted,
                                                    **KIM & BAE, P.C.**

Date:  August 26, 2019          /s/ B.J. Kim
                                                     B.J. Kim, Esq.