# Robert Heim

| | |
|---|---|
| **From:** | haileyjo@kimbae.com |
| **Sent:** | Tuesday, August 27, 2019 11:20 PM |
| **To:** | Chambers_of SLM |
| **Cc:** | smandalika@kimbae.com |
| **Subject:** | RE: 18-33410-SLM  - GRACE LIANG: CORRECTION |
| **Attachments:** | Order.docx; ECF 30 - MOTION FOR PAYMENT OF UNCLAIMED FUNDS - 08-26-19.pdf |

Dear Honorable Judge Meisel:

This firm represents Plaintiffs, Myung S. Koh and Tappan Golf Drive Range, Inc.

As per your instructions, please find attached Proposed Order, correcting Plaintiffs' Motion for Payment of Unclaimed funds.

Please let us know if anything else is needed.

Respectfully,

Hailey Jo |  Legal Assistant



Kim & Bae Building, 2160 North Central Road, Suite 303, Fort Lee, NJ 07024
T (201) 585-2288 Ext.403    |    F (201) 585-2246

Haileyjo@kimbae.com| WWW.KimBae.Com

45 Rockefeller Plaza, Suite 2000, New York, NY 10111

40-21 Bell Blvd. Seond Floor, Bayside, NY 11361

**FRAUD ALERT: This office will never Email Wiring Instructions to you. If you receive Wiring Instructions from this, or any other email address on your transaction, please call this office immediately to discuss.  Never trust requests to wire or transfer money sent via email from our office. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. Always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. Never wire money without double-checking that the wiring instructions are correct. You will never be instructed to wire money related to a closing without verbal confirmation.**

This message is attorney privileged and confidential information and is transmitted for the exclusive information and use of the addressee. Please notify the sender by email if you are not the intended recipient. If you are not the intended recipient, you may not copy, disclose, or distribute this message or its contents to any other person and any such actions may be unlawful.    Please note that this law firm does not accept time sensitive or action-oriented messages via email. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.