**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE:<br>GRACE LIANG | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.:  18-33410SLM<br><br>HEARING DATE:  09/25/2019 at 10:00 a.m. |

### TRUSTEE'S OBJECTION TO MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to motion for payment of unclaimed funds, respectfully objects as follows:

- The instant motion fails to comply with D.N.J LBR 3011-1(b), as only the original payee or its legal successor may bring a Motion for Unclaimed Funds. The funds in question represent debtor's refund after dismissal of the case. As a result, only debtor may bring a motion to release unclaimed funds. The movant appears to be a creditor in this case, and as a result, is not authorized to file this motion. Further, since this case was dismissed prior to confirmation, 11 USC 1326(a)(2) requires accumulated plan payments to be returned to debtor. Based upon the foregoing, this Motion should be denied.

It is for these reasons that the motion for payment of unclaimed funds should be denied.

Dated:  August 30, 2019                                                 By:   /S/Marie-Ann Greenberg
                                                                                   Marie-Ann Greenberg, Esquire
                                                                                   Chapter 13 Standing Trustee