| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>GRACE LIANG | Case No.: 18-33410<br><br>Adv. No.:<br><br>Hearing Date: 09/25/2019<br><br>Judge: SLM |

CERTIFICATION OF SERVICE

1. I, Daisy Almazo, am a legal secretary for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/30/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **TRUSTEE'S OBJECTION TO MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Attorney for Debtor(s):
ROGER B. RADOL
ROGER B. RADOL, ESQ.,LLC
700 E. PALISADE AVENUE, 2ND FLOOR
ENGLEWOOD CLIFFS, NJ  07632
Mode of Service:  Notice of Electronic Filing (NEF)
 Unless non-ECF Attorney then Postage prepaid first class U.S. mail

Dated:  August 30, 2019            By:   /S/  Daisy Almazo
                                                Daisy Almazo